UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CINDY BROWN**,

    **Plaintiff,**

v.

**LINCOLN NATIONAL LIFE
INSURANCE COMPANY**,

    **Defendants.**　　　　　　　　　　　　No. 13-cv-494-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 23, 2014, this case is **DISMISSED** with prejudice.

                             JUSTINE FLANAGAN,
                             ACTING CLERK OF COURT


                          BY:　　　*/s/Caitlin Fischer*
                               **Deputy Clerk**

Dated:   July 30, 2014

APPROVED:

Digitally signed by
David R. Herndon
Date: 2014.07.30
10:56:58 -05'00'

       CHIEF JUDGE
       U. S. DISTRICT COURT